1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RAYMOND NEWSON,                          No.  2:14-cv-1025 CKD P

12              Plaintiff,

13        v.                                  ORDER

14   BRIAN DUFFY, et al.,

15              Defendants.

16

17        Pursuant to the motion filed by plaintiff on June 19, 2014, this action is dismissed without

18   prejudice.  See Fed. R. Civ. P. 41(a)

19   Dated:  June 23, 2014

20                                            _____
                                             CAROLYN K. DELANEY
21                                           UNITED STATES MAGISTRATE JUDGE

22

23

24   1
     news1025.dis
25

26

27

28